AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wardlaw, Kim M. | United States Court of Appeals for the Ninth Circuit | 01/11/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge, Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2016 <br> to <br> 12/31/2016 |

**7. Chambers or Office Address**

United States Court of Appeals for the Ninth Circuit
125 South Grand Avenue, Suite 500
Pasadena, CA 91105

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | ▒▒▒▒▒▒▒ |
| 2. | Board Member | ▒▒▒▒▒▒▒ |
| 3. | Board Member | ▒▒▒▒▒▒▒ |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 01/11/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 01/11/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 01/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ROTH IRA | | | | | | | | | |
| 2. STATE STREET INSTITUTIONAL US GOVERNMENT MONEY MARKET FUND ADM | | None | J | T | Buy | 08/30/16 | J | | |
| 3. CAPITAL GROUP CORE BOND FUND | D | Dividend | O | T | | | | | |
| 4. CAPITAL WORLD GROWTH & INCOME FUND | E | Dividend | O | T | | | | | |
| 5. AMERICAN FUNDS NEW PERSPECTIVE FUND | D | Dividend | O | T | Sold (part) | 01/28/16 | J | A | |
| 6. | | | | | Sold (part) | 04/28/16 | J | A | |
| 7. | | | | | Sold (part) | 07/28/16 | J | A | |
| 8. | | | | | Sold (part) | 10/27/16 | J | A | |
| 9. Schwab Pension Acct (IRA) | | | | | | | | | |
| 10. Abbott Labs Com Stock | A | Dividend | K | T | | | | | |
| 11. Alphabet (formerly Google Inc) Com Stock | | None | K | T | | | | | |
| 12. American Express Com Stock | A | Dividend | | | Sold | 10/21/16 | K | D | |
| 13. Apple Corp Com Stock | A | Dividend | K | T | | | | | |
| 14. Berkshire Hathaway | | None | K | T | | | | | |
| 15. Blackrock Inc Com Stock | B | Dividend | L | T | | | | | |
| 16. Boeing Co. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 01/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. Celgene Corp | | None | K | T | | | | | |
| 18. Cerner Corp Com Stock | | None | K | T | | | | | |
| 19. Chevron Corp Com Stock | B | Dividend | L | T | | | | | |
| 20. Chubb Ltd | A | Dividend | K | T | Buy | 09/01/16 | K | | |
| 21. Citicorp | A | Dividend | K | T | | | | | |
| 22. Colgate-Palmolive Com Stock | B | Dividend | K | T | | | | | |
| 23. Conocophillips Com Stock | A | Dividend | K | T | | | | | |
| 24. Costco Wholesale Inc | A | Dividend | K | T | | | | | |
| 25. Cummings Inc. | A | Dividend | | | Sold | 08/19/16 | K | B | |
| 26. Danaher Corp Com Stock | A | Dividend | K | T | | | | | |
| 27. The Walt Disney Co. Com Stock | A | Dividend | L | T | | | | | |
| 28. EMC Corp Com Stock | A | Dividend | | | Sold | 08/31/16 | K | D | |
| 29. Fortive Corp. | A | Dividend | J | T | Buy | 07/05/16 | J | | |
| 30. GE Com Stock | B | Dividend | K | T | | | | | |
| 31. Gilead Sciences Inc. | A | Dividend | K | T | | | | | |
| 32. Holly Frontier Corp | A | Dividend | J | T | | | | | |
| 33. Intel Corp Com Stock | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 01/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. Intuit Inc | A | Dividend | L | T | | | | | |
| 35. JP Morgan Chase Com Stock | B | Dividend | L | T | | | | | |
| 36. Lowes Companies | B | Dividend | L | T | | | | | |
| 37. Merck & Co Com Stock | B | Dividend | L | T | | | | | |
| 38. Nextera Energy | B | Dividend | K | T | | | | | |
| 39. Nike Inc Com Stock | A | Dividend | K | T | | | | | |
| 40. Novo - Nordisk | A | Dividend | K | T | | | | | |
| 41. Oracle Corp | A | Dividend | K | T | | | | | |
| 42. Paypal Holdings Inc | | None | K | T | | | | | |
| 43. Penske Auto | A | Dividend | | | Sold | 10/05/16 | K | A | |
| 44. Pepsico Inc Com Stock | B | Dividend | K | T | | | | | |
| 45. Proctor & Gamble Com Stock | A | Dividend | K | T | | | | | |
| 46. Qualcomm Inc Com Stock | B | Dividend | K | T | | | | | |
| 47. Roche Hldg Ltd | B | Dividend | K | T | | | | | |
| 48. Schlumberger Ltd | A | Dividend | K | T | | | | | |
| 49. Sempra Energy Com Stock | A | Dividend | K | T | | | | | |
| 50. Target Corp Com Stock | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 01/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. TCP Capital Corp | B | Dividend | J | T | | | | | |
| 52. Time Warner Inc | A | Dividend | K | T | Buy | 10/26/16 | K | | |
| 53. Union Pacific Corp Com Stock | B | Dividend | K | T | | | | | |
| 54. Verizon Com Stock | B | Dividend | K | T | | | | | |
| 55. IShares MSCI Index Fund | C | Dividend | M | T | | | | | |
| 56. IShares Small Cap Index Fund | B | Dividend | M | T | | | | | |
| 57. Vanguard Emerging Market Fund | B | Dividend | L | T | | | | | |
| 58. CAPITAL TRUST ACCOUNT | | | | | | | | | |
| 59. ABBVIE INC | | None | | | Sold | 01/05/16 | K | C | |
| 60. ABN AMRO GROUP NV CVA GDR | A | Dividend | J | T | Buy | 03/15/16 | J | | |
| 61. | | | | | Buy | 03/16/16 | J | | |
| 62. ACE Ltd | A | Dividend | | | Merged (with line 175) | 01/21/16 | L | | |
| 63. ACCENTURE PLC US$ | A | Dividend | K | T | | | | | |
| 64. ACTIVISION BLIZZARD INC | A | Dividend | K | T | Buy | 02/17/16 | J | | |
| 65. | | | | | Buy | 05/20/16 | J | | |
| 66. | | | | | Buy | 05/23/16 | J | | |
| 67. ADVANCED AUTO PARTS INC | A | Dividend | J | T | Buy | 07/26/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 01/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. AETNA INC | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 69. AIA GROUP LTD | A | Dividend | K | T | Buy | 02/19/16 | K | | |
| 70. AIRBUS GROUP SE | A | Dividend | J | T | Buy | 10/03/16 | K | | |
| 71. ALPHABET INC CL A | | None | K | T | Buy | 10/03/16 | K | | |
| 72. | | | | | Donated (part) | | | | |
| 73. ALPHABET INC CL C | | None | J | T | Buy | 02/17/16 | J | | |
| 74. | | | | | Donated (part) | | | | |
| 75. AMERICAN TOWER COPR | A | Dividend | K | T | Donated (part) | | | | |
| 76. | | | | | Buy | 10/03/16 | K | | |
| 77. AMADEUS IT GROUP SA | A | Dividend | K | T | Buy | 02/17/16 | J | | |
| 78. | | | | | Buy | 04/07/16 | K | | |
| 79. AMAZON.COM INC | | None | K | T | Buy | 06/03/16 | J | | |
| 80. | | | | | Buy | 08/12/16 | J | | |
| 81. | | | | | Buy | 08/25/16 | K | | |
| 82. | | | | | Buy | 09/26/16 | J | | |
| 83. AMERICAN FUNDS DEVELOPING WORLD GROWTH AND INCOME FUND | E | Dividend | P1 | T | Buy | 02/12/16 | P1 | | |
| 84. | | | | | Buy | 06/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 01/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. AMERICAN FUNDS EUROPACIFIC GROWTH FUND CL F2 | E | Dividend | P1 | T | Sold (part) | 02/23/16 | L | A | |
| 86. AMERICAN FUNDS INFLATION LINKED BOND FUND | D | Dividend | O | T | Buy | 02/12/16 | O | | |
| 87. | | | | | Buy | 03/03/16 | J | | |
| 88. AMERICAN FUNDS HIGH-INCOME MUNI BOND FD | D | Dividend | N | T | Buy | 02/12/16 | N | | |
| 89. | | | | | Buy | 02/29/16 | J | | |
| 90. | | | | | Buy | 03/03/16 | J | | |
| 91. AMERICAN FUNDS NEW WORLD FUND C1 2 | E | Dividend | P1 | T | Buy | 02/12/16 | O | | |
| 92. AMERICAN FUNDS NEW ECONOMOY FUND CL F2 | D | Dividend | P1 | T | Buy | 02/12/16 | P1 | | |
| 93. AMERICAN FUNDS NEW PERSPECTIVE FUND CL F2 | D | Dividend | P1 | T | Buy | 02/12/16 | P1 | | |
| 94. AMERICAN FUNDS SMALLCAP WORLD FUND CL F2 | D | Dividend | P1 | T | Buy | 02/12/16 | P1 | | |
| 95. AMERISOURCEBERGEN CORP | A | Dividend | K | T | Sold (part) | 05/23/16 | K | A | |
| 96. ANALOG DEVICES INC | A | Dividend | J | T | Buy | 04/08/16 | J | | |
| 97. AON PLC | A | Dividend | K | T | | | | | |
| 98. APPLE INC | B | Dividend | L | T | Buy | 09/13/16 | J | | |
| 99. ASAHI KASEI CORP | A | Dividend | K | T | Buy | 06/17/16 | J | | |
| 100. | | | | | Buy | 06/20/16 | J | | |
| 101. ASTRAZENECA PLC ADR | B | Dividend | J | T | Sold (part) | 12/16/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 01/11/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. ASTRAZENECA PLC (GBP) | B | Dividend | K | T | Buy | 02/17/16 | K | | |
| 103. | | | | | Buy | 06/20/16 | J | | |
| 104. | | | | | Buy | 06/20/16 | J | | |
| 105. ASML HOLDING NV | A | Dividend | K | T | Buy | 02/17/16 | K | | |
| 106. ASSA ABLOY AB CL B | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 107. AUTOMATIC DATA PROCESSING INC | B | Dividend | K | T | Sold (part) | 09/30/16 | L | E | |
| 108. AVAGO TECHNOLOGIES LTD | | None | | | Sold (part) | 01/06/16 | J | D | |
| 109. | | | | | Sold (part) | 01/06/16 | K | E | |
| 110. | | | | | Merged (with line 130) | 02/01/16 | K | | Merged with Broadcam |
| 111. BAE SYSTEMS PLC | A | Dividend | J | T | Buy | 07/28/16 | J | | |
| 112. BANK OF NEW YORK MELLON CORP | A | Dividend | K | T | Buy | 07/28/16 | J | | |
| 113. | | | | | Buy | 07/29/16 | K | | |
| 114. BMW AG | A | Dividend | | | Buy | 02/17/16 | J | | |
| 115. | | | | | Sold | 09/14/16 | J | A | |
| 116. BCA MARKETPLACE PLC | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 117. BAY AREA TOLL AUTH 06C2 CA VAR 04/01/45 | C | Interest | M | T | | | | | |
| 118. BNP PARIBAS | A | Dividend | K | T | Buy | 02/17/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 01/11/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 119. | | | | | Buy | 03/24/16 | J | | |
| 120. | | | | | Buy | 04/05/16 | J | | |
| 121. | | | | | Buy | 04/06/16 | J | | |
| 122. | | | | | Buy | 04/07/16 | J | | |
| 123. | | | | | Buy | 04/08/16 | J | | |
| 124. | | | | | Buy | 04/11/16 | J | | |
| 125. | | | | | Buy | 08/17/16 | J | | |
| 126. | | | | | Buy | 09/14/16 | J | | |
| 127. BOEING CO | B | Dividend | K | T | Sold (part) | 02/16/16 | K | A | |
| 128. | | | | | Sold (part) | 03/10/16 | K | A | |
| 129. BRISTOL-MYERS SQUIBB CO | A | Dividend | | | Sold | 02/16/16 | J | D | |
| 130. BROADCOM CORP | A | Dividend | K | T | Buy | 02/02/16 | K | | |
| 131. | | | | | Buy | 10/03/16 | K | | |
| 132. BRENNTAG AG | | None | J | T | Buy | 08/16/16 | J | | |
| 133. | | | | | Buy | 08/17/16 | J | | |
| 134. BURBERRY GROUP PLC | A | Dividend | | | Buy | 02/18/16 | J | | |
| 135. | | | | | Sold (part) | 06/29/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 01/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. | | | | | Sold (part) | 07/13/16 | J | A | |
| 137. | | | | | Sold | 07/14/16 | J | A | |
| 138. BRITISH AMERICAN TOBACCO PLC | A | Dividend | K | T | Buy | 02/17/16 | K | | |
| 139. CA ED FAC UNIV OF SAN FRANCISCO 5.0% 10/01/21 | C | Interest | M | T | | | | | |
| 140. CA HLTH FAC CEDAR-SINAI MED 5.0% 8/15/21 | D | Interest | M | T | | | | | |
| 141. CA HLTH HENRY MAYO NEWHALL MEM HOSP AGM 1 | C | Interest | M | T | | | | | |
| 142. CA INFRA EDB J. PAUL GETTY 15B-1 SIFMA +28BP FRN (MPT) SF 10-01-47 | A | Interest | M | T | | | | | |
| 143. CA INFRA EDB J. PAUL GETTY 13A-2 FRN (L 0.7 50)(MPT) SF 10/01/47 | A | Interest | M | T | Buy | 03/24/16 | M | | |
| 144. CA PUB WKS LEASE REV VAR PROJ 131 5.0% 11/01/19 | C | Interest | M | T | Buy | 07/06/16 | M | | |
| 145. CA PUB WKS REGENTS UNIV CA C1 5.0% 03/01/19 | D | Interest | M | T | | | | | |
| 146. CA ST GO 5.0% 09/01/24 | C | Interest | M | T | Buy | 03/10/16 | M | | |
| 147. CA ST ECON REC 09A 5.0% 07/01/20 | C | Interest | M | T | | | | | |
| 148. CA ST GO 5.0% 02/01/20 | C | Interest | M | T | | | | | |
| 149. CA ST JOSEPH HLTH HOSP CA-F AGM 5.25% 07/01/16 | D | Interest | | | Matured | 07/01/16 | M | | |
| 150. CA STWD ADVENTIST HLTH SYSTEMS WEST 15A 5.0% 03/01/26 | C | Interest | M | T | | | | | |
| 151. CA STWD ST JOSEPH HLTH FSA 4.5% 07/01/18 | D | Interest | L | T | Sold (part) | 07/01/16 | K | A | |
| 152. CA STWD UCI APT 5.0% 05/15/24 | C | Interest | M | T | Buy | 03/02/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 01/11/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. CALIFORNIA RESOURCES CORPORATION | | None | | | Buy | 03/24/16 | J | | |
| 154. | | | | | Sold (part) | 03/24/16 | J | A | |
| 155. | | | | | Sold | 03/24/16 | J | A | |
| 156. CANADIAN NATIONAL RAILWAY CO US$ Total | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 157. CARLSBERG A/S B | A | Dividend | K | T | Buy | 02/17/16 | J | | |
| 158. | | | | | Buy | 03/22/16 | J | | |
| 159. | | | | | Buy | 03/29/16 | J | | |
| 160. | | | | | Buy | 03/31/16 | J | | |
| 161. | | | | | Buy | 04/01/16 | J | | |
| 162. | | | | | Buy | 08/05/16 | J | | |
| 163. CARNIVAL CORP COMMON PAIRED STOCK | | None | | | Sold | 02/16/16 | K | D | |
| 164. CATERPILLAR INC | A | Dividend | | | Sold (part) | 02/16/16 | K | A | |
| 165. | | | | | Sold | 02/23/16 | J | A | |
| 166. CAIXABANK SA | | None | | | Buy | 02/17/16 | J | | |
| 167. | | | | | Sold (part) | 03/10/16 | J | A | |
| 168. | | | | | Sold | 04/07/16 | J | A | |
| 169. CERNER CORP | | None | K | T | Sold (part) | 02/16/16 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 01/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 170. | | | | | Buy | 03/22/16 | J | | |
| 171. | | | | | Buy | 03/23/16 | J | | |
| 172. CHARTER COMMUNICATIONS INC | | None | | | Sold | 02/16/16 | K | A | |
| 173. CHEVRON CORP | C | Dividend | L | T | Buy | 06/15/16 | J | | |
| 174. | | | | | Buy | 06/15/16 | J | | |
| 175. CHUBB LTD (formerly ACE Ltd) | A | Dividend | L | T | | 01/21/16 | L | | |
| 176. CLEARWATER FL WTR/SWR B 5.0% 12/01/18 | D | Interest | M | T | | | | | |
| 177. CME GROUP INC | C | Dividend | M | T | | | | | |
| 178. CHINA EVERBRIGHT INTERNATIONL LIMITED | A | Dividend | | | Buy | 02/17/16 | J | | |
| 179. | | | | | Buy | 03/22/16 | J | | |
| 180. | | | | | Buy | 03/23/16 | J | | |
| 181. | | | | | Buy | 03/24/16 | J | | |
| 182. | | | | | Buy | 03/31/16 | J | | |
| 183. | | | | | Buy | 04/06/16 | J | | |
| 184. | | | | | Sold (part) | 07/12/16 | J | A | |
| 185. | | | | | Sold (part) | 07/13/16 | J | A | |
| 186. | | | | | Sold (part) | 12/14/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 01/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. | | | | | Sold (part) | 12/16/16 | J | A | |
| 188. | | | | | Sold (part) | 12/20/16 | J | A | |
| 189. | | | | | Sold (part) | 12/28/16 | J | A | |
| 190. | | | | | Sold | 12/29/16 | K | A | |
| 191. COCA-COLA CO | B | Dividend | K | T | Buy | 02/17/16 | J | | |
| 192. | | | | | Buy | 06/13/16 | K | | |
| 193. COLUMBIA PIPELINE GROUP INC | A | Dividend | | | Sold | 02/16/16 | K | A | |
| 194. COMCAST CORP CL A (NEW) | B | Dividend | L | T | | | | | |
| 195. CONOCOPHILLIPS A | A | Dividend | J | T | Sold (part) | 02/16/16 | K | A | |
| 196. | | | | | Buy | 06/15/16 | J | | |
| 197. COMPAGNIE FINANCIERE RICHEMONT SA REG | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 198. | | | | | Buy | 02/18/16 | J | | |
| 199. CROWN CASTLE INATERNATIONAL CORP | B | Dividend | K | T | Buy | 06/03/16 | J | | |
| 200. CVS HEALTH CORPORATION | A | Dividend | | | Sold | 12/16/16 | K | A | |
| 201. CREDIT SUISSE GROUP REG | | None | | | Buy | 02/18/16 | J | | |
| 202. | | | | | Buy | 02/18/16 | J | | |
| 203. | | | | | Buy | 02/19/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 204. | | | | | Sold | 07/08/16 | J | A | |
| 205. DAIMLER AG ADR | B | Dividend | | | Sold (part) | 01/05/16 | J | A | |
| 206. | | | | | Sold | 01/06/16 | J | A | |
| 207. DANAHER CORP | A | Dividend | K | T | Buy | 10/03/16 | K | | |
| 208. DANONE | A | Dividend | K | T | Buy | 02/17/16 | J | | |
| 209. | | | | | Buy | 12/01/16 | J | | |
| 210. | | | | | Buy | 12/01/16 | J | | |
| 211. | | | | | Buy | 12/01/16 | J | | |
| 212. DENSO CORP | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 213. DAVITA INC | | None | | | Buy | 02/17/16 | J | | |
| 214. | | | | | Buy | 07/13/16 | J | | |
| 215. | | | | | Sold | 12/06/16 | K | A | |
| 216. DIAGEO PLC SPONSORED ADR | A | Dividend | J | T | Sold (part) | 02/16/16 | L | A | |
| 217. | | | | | Sold (part) | 02/23/16 | J | A | |
| 218. DIAGEO PLC | A | Dividend | K | T | Buy | 06/29/16 | K | | |
| 219. DEUTSCHE WOHNEN AG (BEARER) | A | Dividend | K | T | Buy | 02/17/16 | J | | |
| 220. DKSH HOLDING LTD | A | Dividend | J | T | Buy | 02/17/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 221. DBS GROUP HOLDINGS LTD Total | A | Dividend | | | Buy | 02/17/16 | J | | |
| 222. | | | | | Sold | 06/16/16 | J | B | |
| 223. DELPHI AUTOMOTIVE PLC total | A | Dividend | | | Sold | 02/16/16 | K | B | |
| 224. DISCOVER FINANCIAL SERVICES | A | Dividend | | | Sold | 02/16/16 | K | A | |
| 225. DNB ASA | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 226. DOLLAR GENERAL CORP | | None | J | T | Buy | 10/06/16 | J | | |
| 227. | | | | | Buy | 10/10/16 | J | | |
| 228. DOW CHEMICAL CO | A | Dividend | K | T | Sold (part) | 02/16/16 | K | A | |
| 229. EATON CORP PLC | C | Dividend | L | T | Sold (part) | 09/27/16 | K | D | |
| 230. ENBRIDGE INC US$ | A | Dividend | J | T | | | | | |
| 231. ENBRIDGE INC C$ | A | Dividend | K | T | Buy | 02/17/16 | K | | |
| 232. | | | | | Buy | 04/11/16 | J | | |
| 233. | | | | | Buy | 04/18/16 | J | | |
| 234. EOG RESOURCES INC | A | Dividend | K | T | | | | | |
| 235. ELECTROLUX AB SER B | A | Dividend | | | Buy | 02/17/16 | J | | |
| 236. | | | | | Sold (part) | 04/22/16 | J | B | |
| 237. | | | | | Sold (part) | 04/25/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 238. | | | | | Sold (part) | 04/25/16 | J | A | |
| 239. | | | | | Sold | 04/27/16 | J | A | |
| 240. ELRINGKLINGER AG | A | Dividend | | | Buy | 02/17/16 | J | | |
| 241. | | | | | Sold (part) | 08/22/16 | J | A | |
| 242. | | | | | Sold (part) | 08/29/16 | J | A | |
| 243. | | | | | Sold | 08/31/16 | J | A | |
| 244. ESSILOR INTL | A | Dividend | K | T | Buy | 02/17/16 | K | | |
| 245. EXPRESS SCRIPTS HOLDING CO | | None | K | T | Sold (part) | 02/16/16 | K | A | |
| 246. | | | | | Sold (part) | 02/23/16 | K | A | |
| 247. | | | | | Buy | 03/30/16 | K | | |
| 248. EXXON MOBIL CORP | B | Dividend | L | T | Buy | 02/17/16 | J | | |
| 249. | | | | | Buy | 03/11/16 | J | | |
| 250. FANUC CO | A | Dividend | L | T | Buy | 02/17/16 | K | | |
| 251. FORTIVE CORPORATION | | None | | | Buy | 07/05/16 | K | | |
| 252. | | | | | Sold (part) | 07/05/16 | J | | |
| 253. | | | | | Sold (part) | 07/06/16 | J | | |
| 254. | | | | | Sold | 07/08/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. GEMALTO NV | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 256. GENERAL ELECTRIC CO (USD) | A | Dividend | K | T | Buy | 01/06/16 | K | | |
| 257. GILEAD SCIENCES INC | A | Dividend | J | T | Buy (add'l) | 02/17/16 | K | | |
| 258. | | | | | Sold (part) | 12/16/16 | J | A | |
| 259. GIVAUDAN | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 260. GLENDALE CA REDEV AGY TAX ALLOC BAM 4.0% 12/01/23 | C | Interest | M | T | Buy | 02/19/16 | M | | |
| 261. GOLDEN ST TOBACCO SEC CROP ST APPROP 13A 5.0% 06/01/21 | C | Interest | M | T | Buy | 04/29/16 | M | | |
| 262. GOLDEN ST TOBACCO SEC CORP ST APPROP 13A 5.0% 06/01/29 | C | Interest | M | T | Buy | 02/17/16 | M | | |
| 263. GOLDMAN SACHS GROUP INC | A | Dividend | L | T | Sold (part) | 02/16/16 | J | A | |
| 264. | | | | | Sold (part) | 05/23/16 | K | D | |
| 265. | | | | | Sold (part) | 12/13/16 | K | D | |
| 266. GREENE KING PLC | A | Dividend | | | Buy | 02/17/16 | M | | |
| 267. | | | | | Sold (part) | 12/16/16 | J | A | |
| 268. | | | | | Sold | 12/16/16 | J | A | |
| 269. GUAM BUS PRIVILEGE TAX 11A 5.0% 01/01/18 | D | Interest | M | T | | | | | |
| 270. HALLIBURTON CO | | None | | | Sold | 02/16/16 | K | A | |
| 271. HAMAMATSU PHOTONIC KK | A | Dividend | K | T | Buy | 02/17/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 272. HDFC BANK LTD | | None | J | T | Buy | 02/17/16 | J | | |
| 273. HELMERICH & PAYNE | A | Dividend | K | T | Buy | 05/31/16 | J | | |
| 274. | | | | | Buy | 06/01/16 | J | | |
| 275. HEXCEL CORP | A | Dividend | L | T | Sold (part) | 02/16/16 | J | A | |
| 276. HOSHIZAKI CORP | | None | J | T | Buy | 10/21/16 | J | | |
| 277. HOME DEPOT INC | A | Dividend | | | Sold | 07/13/16 | K | E | |
| 278. HP INC | A | Dividend | K | T | Buy | 02/17/16 | J | | |
| 279. IDEX CORP | A | Dividend | K | T | | | | | |
| 280. ILLUMINA INC | | None | K | T | Buy | 02/17/16 | J | | |
| 281. | | | | | Sold (part) | 11/11/16 | J | A | |
| 282. | | | | | Sold (part) | 11/15/16 | J | A | |
| 283. IMPERIAL BRANDS PLC | A | Dividend | K | T | Buy | 02/17/16 | K | | |
| 284. INVESCO LTD | A | Dividend | K | T | Buy | 02/25/16 | J | | |
| 285. | | | | | Buy | 02/26/16 | J | | |
| 286. INCYTE CORP | | None | K | T | Buy | 02/17/16 | J | | |
| 287. INTERNATIONAL BUSINESS MACHINES COPR | A | Dividend | | | Sold | 11/28/16 | K | C | |
| 288. IRON MOUNTAIN INCORPORATED | C | Dividend | K | T | Sold (part) | 02/16/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 289. IRVINE CA REASSMT DIST 15-2 5.0% 09/02/29 | D | Interest | M | T | | | | | |
| 290. JABIL CIRCUIT INC | A | Dividend | J | T | Sold (part) | 02/16/16 | K | A | |
| 291. JACK HENRY & ASSOC INC | A | Dividend | L | T | Sold (part) | 02/18/16 | K | E | |
| 292. JP MORGAN CHASE & CO | B | Dividend | M | T | | | | | |
| 293. JAPAN TOBACCO INC | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 294. JARDINE MATHESON HLD (SINGAPORE) | A | Dividend | K | T | Buy | 02/17/16 | K | | |
| 295. JCDECAUX SA | | None | J | T | Buy | 12/12/16 | J | | |
| 296. JOHNSON & JOHNSON | A | Dividend | J | T | Buy | 09/27/16 | J | | |
| 297. KBC GROEP NV | | None | K | T | Buy | 12/13/16 | J | | |
| 298. | | | | | Buy | 12/14/16 | J | | |
| 299. | | | | | Buy | 12/15/16 | J | | |
| 300. | | | | | Buy | 12/16/16 | J | | |
| 301. | | | | | Buy | 12/19/16 | J | | |
| 302. KEYENCE CORP | A | Dividend | L | T | Buy | 02/17/16 | K | | |
| 303. L'AIR LIQUIDE (L) Total | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 304. LA CA USD 16A 5.0% 07/01/23 | B | Interest | M | T | Buy | 03/02/16 | M | | |
| 305. LA CA USD COPS 12A 5.0% 10/01/22 Total | D | Interest | M | T | Buy | 02/19/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 306. LA CO CA MTA SALES TAX REV SR PROP C 13A 5.0% 07/01/20 | C | Interest | M | T | | | | | |
| 307. LAKE ELSINORE CA PUBLIC FING AUTH LOCAL 5.00% 09/01/2027 | B | Interest | L | T | | | | | |
| 308. LAS VEGAS SANDS CORP | C | Dividend | L | T | Buy | 02/17/16 | J | | |
| 309. | | | | | Buy | 05/06/16 | J | | |
| 310. | | | | | Buy | 05/09/16 | J | | |
| 311. LIBERTY GLOBAL PLC CL A | | None | K | T | Buy | 06/21/16 | K | | |
| 312. LILLY ELI & CO | B | Dividend | K | T | Sold (part) | 02/16/16 | K | A | |
| 313. | | | | | Sold (part) | 02/23/16 | K | A | |
| 314. | | | | | Buy | 03/30/16 | K | | |
| 315. LINK REIT (REIT) | A | Dividend | J | T | Buy | 08/12/16 | J | | |
| 316. LLOYDS TSB GROUP PLC | A | Dividend | K | T | Buy | 02/17/16 | J | | |
| 317. | | | | | Buy | 02/18/16 | J | | |
| 318. | | | | | Buy | 02/19/16 | J | | |
| 319. | | | | | Buy | 08/19/16 | J | | |
| 320. | | | | | Buy | 08/19/16 | J | | |
| 321. | | | | | Sold (part) | 09/22/16 | J | A | |
| 322. L'OREAL | A | Dividend | K | T | Buy | 02/17/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 323. LVMH MOET HENNESSY VUITTON SE | A | Dividend | K | T | Buy | 05/11/16 | J | | |
| 324. | | | | | Buy | 05/12/16 | J | | |
| 325. | | | | | Buy | 05/16/16 | J | | |
| 326. | | | | | Buy | 05/17/16 | J | | |
| 327. | | | | | Buy | 05/19/16 | J | | |
| 328. LYONDELLBASELL INDUSTRIES NV | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 329. MARSH & MCLENNAN COS INC | B | Dividend | M | T | | | | | |
| 330. MARKS & SPENCER GROUP PLC | A | Dividend | | | Buy | 02/17/16 | J | | |
| 331. | | | | | Sold | 12/16/16 | J | A | |
| 332. MEAD JOHNSON NUTRITION CO - A | A | Dividend | J | T | Sold (part) | 02/16/16 | J | A | |
| 333. MEDTRONIC PLC | A | Distribution | K | T | Sold (part) | 02/16/16 | K | A | |
| 334. MICROSOFT CORP | B | Dividend | K | T | Buy | 01/06/16 | J | | |
| 335. | | | | | Sold (part) | 02/16/16 | J | A | |
| 336. | | | | | Sold (part) | 05/31/16 | K | E | |
| 337. MERCURY GENERAL CORP | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 338. MONDELEZ INTERNATIONAL INC | A | Dividend | J | T | Sold (part) | 02/16/16 | J | A | |
| 339. | | | | | Buy | 09/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 340. MONSANTO CO NEW COM | B | Dividend | L | T | | | | | |
| 341. MOODYS CORP | A | Dividend | K | T | Buy | 02/17/16 | J | | |
| 342. MURATA MANUFACTURING CO LTD | A | Dividend | K | T | Buy | 02/17/16 | K | | |
| 343. NASPERS LIMITED CL N SHS SPONSORED ADR | A | Dividend | L | T | Buy | 05/11/16 | J | | |
| 344. | | | | | Buy | 11/22/16 | K | | |
| 345. NATIONAL GRID PLC - SP ADR | A | Dividend | K | T | | | | | |
| 346. NESTLE NAM SPON ADR | B | Dividend | L | T | | | | | |
| 347. NESTLE SA REG | A | Dividend | K | T | Buy | 02/17/16 | K | | |
| 348. | | | | | Buy | 07/07/16 | J | | |
| 349. NEW YORK COMMUNITY BANCORP | A | Dividend | K | T | Buy | 05/17/16 | J | | |
| 350. | | | | | Buy | 05/18/16 | J | | |
| 351. | | | | | Buy | 05/19/16 | J | | |
| 352. | | | | | Buy | 05/24/16 | J | | |
| 353. | | | | | Buy | 05/25/16 | J | | |
| 354. | | | | | Buy | 05/26/16 | J | | |
| 355. | | | | | Buy | 05/31/16 | J | | |
| 356. | | | | | Buy | 06/02/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 357. | | | | | Buy | 06/03/16 | J | | |
| 358. NEWELL BRANDS INC | B | Dividend | L | T | Sold (part) | 12/15/16 | L | F | |
| 359. NIELSEN HOLDINGS PLC | B | Dividend | K | T | Sold (part) | 05/18/16 | L | E | |
| 360. NIKE INC | A | Dividend | | | Sold | 02/17/16 | K | E | |
| 361. NORFOLK SOUTHERN CORP | B | Dividend | L | T | Sold (part) | 02/16/16 | J | A | |
| 362. NO CAL TRANSMISSION (TANC) OR PROJECT 16A 5.0% 05/01/24 | E | Interest | M | T | Buy | 02/24/16 | M | | |
| 363. NORWEIGIAN CRUISE LINE HOLDINGS LTD | | None | K | T | | | | | |
| 364. NOVARTIS AG NAMEN | A | Dividend | K | T | Buy | 02/17/16 | K | | |
| 365. NOVO NORDISK A/S CL B | B | Dividend | | | Buy | 02/17/16 | K | | |
| 366. | | | | | Buy | 06/20/16 | K | | |
| 367. | | | | | Sold | 12/16/16 | L | A | |
| 368. NOVO NORDISK A/S CL B ADR | A | Dividend | J | T | | | | | |
| 369. NTT DOCOMO | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 370. NUCOR CORP | A | Dividend | K | T | Buy | 02/17/16 | J | | |
| 371. OCCIDENTAL PETROLEUM CORP | B | Dividend | K | T | Buy | 06/15/16 | J | | |
| 372. | | | | | Buy | 06/24/16 | J | | |
| 373. OR PROVIDENCE HLTH C SIFMA+100 FRN (MPT) 10-01-22/09-15-18 | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 374. ORACLE CORP | A | Dividend | | | Sold | 01/05/16 | K | D | |
| 375. ORACLE CORP JAPAN | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 376. PACWEST BANCORP | B | Dividend | K | T | Sold (part) | 02/23/16 | K | A | |
| 377. | | | | | Buy | 03/30/16 | K | | |
| 378. PANERA BREAD CO CL A | | None | K | T | Sold (part) | 02/16/16 | K | B | |
| 379. | | | | | Sold (part) | 09/19/16 | K | B | |
| 380. PASADENA CA COP AMBAC .0% 02/01/20 | | None | L | T | | | | | |
| 381. PAYCHEX INC | A | Dividend | K | T | Buy | 02/17/16 | K | | |
| 382. PERNOD RICARD SA | A | Dividend | K | T | Buy | 02/17/16 | K | | |
| 383. PFIZER INC. | A | Dividend | K | T | Buy | 02/17/16 | K | | |
| 384. PHILIP MORRIS INTERNATINAL INC | C | Dividend | L | T | | | | | |
| 385. PNC FINANCIAL SERVICES GROUP INC | A | Dividend | K | T | Sold (part) | 02/16/16 | K | A | |
| 386. | | | | | Sold (part) | 08/03/16 | J | A | |
| 387. PRAXAIR INC | A | Dividend | K | T | Sold (part) | 02/16/16 | K | A | |
| 388. PRICELINE GROUP INC/THE | | None | | | Sold | 02/16/16 | K | | |
| 389. PROCTER & GAMBLE CO | C | Dividend | M | T | | | | | |
| 390. PRUDENTIAL PLC | A | Dividend | J | T | Buy | 02/19/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 391. | | | | | Sold (part) | 06/15/16 | J | A | |
| 392. | | | | | Sold (part) | 06/17/16 | J | A | |
| 393. | | | | | Buy | 08/04/16 | J | | |
| 394. RIO TINTO PLC REG | A | Dividend | J | T | Buy | 02/18/16 | J | | |
| 395. ROCHE HOLDING AG GENUSSCHEIN | A | Dividend | L | T | Buy | 02/17/16 | K | | |
| 396. | | | | | Buy | 06/14/16 | K | | |
| 397. | | | | | Buy | 06/21/16 | J | | |
| 398. ROYAL CARIBBEAN CRUISES | A | Dividend | L | T | Buy | 02/17/16 | J | | |
| 399. | | | | | Buy | 09/29/16 | K | | |
| 400. ROYAL DUTCH SHELL CL B ADR | B | Dividend | K | T | Buy | 03/18/16 | J | | |
| 401. | | | | | Buy | 03/18/16 | K | | |
| 402. | | | | | Buy | 06/13/16 | J | | |
| 403. SAN DIEGO CA REGL AIRPORT A 5.0% 07/01/18 | C | Interest | M | T | | | | | |
| 404. SAN DIEGO CO WTR 5.0% 07/01/16 | C | Interest | | | Sold | 06/01/16 | L | | |
| 405. SAN DIEGO WTR NATL FGIC 5.25% 05/01/17 | D | Interest | M | T | | | | | |
| 406. SAN FRAN ARPT 2ND 06F NATL-FGIC 5.25% 05/01/20 | D | Interest | M | T | | | | | |
| 407. SAN RAMON CA REDEV TAX ALLOC BAM 15A 5.0% 02/01/24 | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 408. SAFRAN SA | A | Dividend | K | T | Buy | 02/17/16 | K | | |
| 409. SCHLUMBERGER LTD | B | Dividend | K | T | | | | | |
| 410. SAMPO OYJ A SHS | B | Dividend | K | T | Buy | 02/17/16 | K | | |
| 411. SAMSONITE INTERNATIONAL SA | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 412. | | | | | Buy | 03/22/16 | J | | |
| 413. | | | | | Buy | 03/24/16 | J | | |
| 414. SANTA CRUZ CA REDEV TAX ALLOC 16A5.0% 09/01/25 | | None | M | T | Buy | 06/17/16 | M | | |
| 415. SAP SE | | None | K | T | Buy | 07/28/16 | J | | |
| 416. | | | | | Buy | 07/29/16 | J | | |
| 417. | | | | | Buy | 07/29/16 | J | | |
| 418. | | | | | Buy | 08/01/16 | J | | |
| 419. SCPPA MAGNOLIA PWR 11-A 5.00% 07/01/20 | C | Interest | M | T | | | | | |
| 420. SCPPA MEAD-ADELANTO 12A 5.0% 07/01/18 | D | Interest | M | T | | | | | |
| 421. SCRIPPS NETWORKS INTERACTIVE CL A | A | Dividend | K | T | Sold (part) | 02/16/16 | J | C | |
| 422. SEMPRA ENERGY | A | Dividend | K | T | Buy | 02/17/16 | J | | |
| 423. | | | | | Buy | 03/10/16 | J | | |
| 424. | | | | | Buy | 03/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 01/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 425. SES FDR CL A (PARIS) | A | Dividend | K | T | Buy | 02/17/16 | J | | |
| 426. | | | | | Buy | 07/19/16 | J | | |
| 427. | | | | | Buy | 07/20/16 | J | | |
| 428. | | | | | Buy | 08/05/16 | J | | |
| 429. | | | | | Buy | 08/19/16 | J | | |
| 430. SINGAPORE TELECOMM | B | Dividend | K | T | Buy | 02/17/16 | K | | |
| 431. | | | | | Buy | 05/09/16 | K | | |
| 432. SIEMENS AG ADR | A | Dividend | K | T | | | | | |
| 433. SIEMENS AG NAMEN | | None | J | T | Buy | 02/17/16 | K | | |
| 434. SIRIUS XM HOLDINGS INC | | None | | | Sold (part) | 06/15/16 | J | | |
| 435. | | | | | Sold (part) | 09/26/16 | J | | |
| 436. | | | | | Sold (part) | 09/26/16 | J | | |
| 437. | | | | | Sold (part) | 09/27/16 | J | | |
| 438. | | | | | Sold (part) | 09/28/16 | J | | |
| 439. | | | | | Sold (part) | 09/28/16 | J | | |
| 440. | | | | | Sold (part) | 09/29/16 | J | | |
| 441. | | | | | Sold (part) | 09/30/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 442. | | | | | Sold (part) | 10/03/16 | J | | |
| 443. | | | | | Sold (part) | 10/03/16 | J | | |
| 444. | | | | | Sold (part) | 10/05/16 | J | | |
| 445. | | | | | Sold (part) | 10/07/16 | J | | |
| 446. | | | | | Sold (part) | 10/13/16 | J | | |
| 447. | | | | | Sold (part) | 10/18/16 | J | | |
| 448. | | | | | Sold (part) | 10/19/16 | J | | |
| 449. | | | | | Sold (part) | 10/21/16 | J | | |
| 450. | | | | | Sold (part) | 10/24/16 | J | | |
| 451. | | | | | Sold (part) | 10/24/16 | J | | |
| 452. | | | | | Sold (part) | 10/25/16 | J | | |
| 453. | | | | | Sold (part) | 10/25/16 | J | | |
| 454. | | | | | Sold | 10/26/16 | J | | |
| 455. SMC CORP | A | Dividend | K | T | Buy | 02/17/16 | K | | |
| 456. SOFTBANK GROUP CORP | A | Dividend | K | T | Buy | 02/17/16 | K | | |
| 457. STATE STREET INSTITUTIONAL U S GOVERNMENT MONEY MARKET FUND ADM | A | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 458. STATE STREET INSTITUTIONAL TREAS MMKT FD PREM Total | A | Dividend | J | T | | | | | |
| 459. ST JUDE MEDICAL | A | Dividend | | | Sold (part) | 02/16/16 | K | A | |
| 460. | | | | | Sold | 02/23/16 | J | A | |
| 461. STARBUCKS CORP | A | Dividend | L | T | | | | | |
| 462. SVENSKA HANDELSBANKEN AB CL A SHS | | None | J | T | Buy | 02/17/16 | J | | |
| 463. SYDNEY AIRPORT STAPLED SECURITY | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 464. SYSMEX CORP | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 465. TAIWAN SEMICONDUCTOR SPONS ADR | A | Dividend | K | T | Buy | 02/17/16 | K | | |
| 466. TATE & LYLE PLC | A | Dividend | K | T | Buy | 02/17/16 | J | | |
| 467. TEMPUR SEALY INTERNATIONAL INC | | None | J | T | Buy | 06/03/16 | J | | |
| 468. TEXAS INSTRUMENTS INC | B | Dividend | M | T | | | | | |
| 469. TOTAL SA (FR) | A | Dividend | K | T | Buy | 02/17/16 | J | | |
| 470. | | | | | Buy | 10/17/16 | J | | |
| 471. TRANSDIGM GROUP INC | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 472. TIME WARNER CABLE INC | A | Dividend | | | Sold | 01/06/16 | J | B | |
| 473. TUOLUMNE WIND REV CA TURLOCK IRR DT 5.25% 01/01/24 | D | Interest | M | T | | | | | |
| 474. TURLOCK CA IRR DIST 5.0% 01/01/19 | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 57

**Name of Person Reporting**

Wardlaw, Kim M.

**Date of Report**

01/11/2018

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 475. UC REGENTS CA LTD PROJ 12G 5.0% 05/15/22 | D | Interest | M | T | | | | | |
| 476. UNILEVER PLC Total | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 477. UNILEVER PLC ADR AMER SHS SPON | B | Dividend | J | T | Sold (part) | 09/27/16 | J | | |
| 478. | | | | | Sold (part) | 11/30/16 | K | | |
| 479. UBS GROUP AG | A | Dividend | J | T | Buy | 03/21/16 | J | | |
| 480. UNITED TECHNOLOGIES CORP | B | Dividend | | | Sold (part) | 01/06/16 | K | E | |
| 481. | | | | | Sold | 02/16/16 | K | D | |
| 482. UNITEDHEALTH GROUP INC | A | Dividend | J | T | Sold (part) | 02/16/16 | K | D | |
| 483. | | | | | Buy | 09/30/16 | J | | |
| 484. VERISIGN INC | | None | J | T | Sold (part) | 06/02/16 | K | D | |
| 485. | | | | | Sold (part) | 07/19/16 | J | C | |
| 486. | | | | | Sold (part) | 07/22/16 | J | B | |
| 487. | | | | | Sold (part) | 08/25/16 | J | B | |
| 488. VERIZON COMMUNICATIONS | B | Dividend | J | T | Sold (part) | 02/16/16 | K | A | |
| 489. | | | | | Sold (part) | 11/10/16 | K | A | |
| 490. VIACOM INC CLASS B | A | Dividend | J | T | Sold (part) | 09/26/16 | J | A | |
| 491. | | | | | Sold (part) | 09/26/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 57

**Name of Person Reporting**

Wardlaw, Kim M.

**Date of Report**

01/11/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 492. | | | | | Sold (part) | 12/16/16 | J | A | |
| 493. VISA INC CL A | A | Dividend | L | T | Buy | 09/27/16 | J | | |
| 494. VODAFONE GROUP PLC | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 495. VTECH HOLDINGS INC | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 496. WASTE CONNECTIONS | A | Dividend | K | T | Sold (part) | 02/16/16 | L | E | |
| 497. | | | | | Buy | 07/28/16 | J | | |
| 498. | | | | | Buy | 07/29/16 | J | | |
| 499. WASTE MANAGEMENT INC | A | Dividend | K | T | | | | | |
| 500. WELLS FARGO & CO | B | Dividend | K | T | Sold (part) | 02/16/16 | K | A | |
| 501. | | | | | Sold (part) | 09/13/16 | J | A | |
| 502. TOWERS WATSON & COMPANY CL A | | None | | | Merged (with line 503) | 01/05/16 | J | | Merged with Willis Towers |
| 503. WILLIS TOWERS WATSON PUBLIC LIMITED COMPANY | A | Dividend | | | Sold (part) | 02/16/16 | L | A | |
| 504. | | | | | Sold | 03/29/16 | J | A | |
| 505. WYNN MACAU LTD | | None | | | Buy | 09/13/16 | J | | |
| 506. | | | | | Sold (part) | 09/30/16 | J | A | |
| 507. | | | | | Sold (part) | 10/03/16 | J | A | |
| 508. | | | | | Sold | 10/04/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 57

Name of Person Reporting

Wardlaw, Kim M.

Date of Report

01/11/2018

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 509.  XILINX INC | A | Dividend | K | T | Buy | 02/17/16 | J | | |
| 510.  YUM BRANDS INC | B | Dividend | K | T | Sold (part) | 02/16/16 | J | A | |
| 511. | | | | | Sold (part) | 02/23/16 | J | A | |
| 512. | | | | | Buy | 03/30/16 | K | | |
| 513.  YUM CHINA HOLDINGS INC | | None | K | T | Spinoff (from line 510) | 11/01/16 | J | | Spinoff from Yum Brands |
| 514.  ZODIAC AEROSPACE | | None | K | T | Buy | 02/17/16 | K | | |
| 515.  Trust #2 (4306) | | | | | | | | | |
| 516.  AMERICAN FUNDS DEVELOPING WORLD GROWTH FUND | B | Dividend | L | T | | | | | |
| 517.  HARBOURVEST 2015 GLOBAL FUND L.P. | | None | L | T | Buy | 03/24/16 | J | | |
| 518. | | | | | Buy | 06/23/16 | J | | |
| 519. | | | | | Buy | 08/11/16 | K | | |
| 520. | | | | | Buy | 10/20/16 | J | | |
| 521. | | | | | Buy | 12/12/16 | J | | |
| 522.  CAPITAL GROUP GLOBAL EQUITY FUND | E | Dividend | P1 | T | Sold (part) | 01/28/16 | J | A | |
| 523. | | | | | Sold (part) | 04/28/16 | J | A | |
| 524. | | | | | Sold (part) | 10/13/16 | J | A | |
| 525. | | | | | Sold (part) | 10/27/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 526. | | | | | Sold (part) | 12/19/16 | J | A | |
| 527. CAPITAL GROUP CA CORE MUNICIPAL FUND | D | Dividend | O | T | Sold (part) | 03/18/16 | J | A | |
| 528. | | | | | Sold (part) | 06/13/16 | J | A | |
| 529. | | | | | Sold (part) | 07/28/16 | J | B | |
| 530. | | | | | Sold (part) | 10/13/16 | J | A | |
| 531. CAPITAL GROUP CA SHORT TERM MUNI FUND | C | Dividend | N | T | | | | | |
| 532. CAPITAL GROUP ALTERNATIVE STATEGIES FUND, LP | | None | O | T | | | | | |
| 533. STATE STREET INSTITUTIONAL US GOVERNMENT MONEY MARKET FUND ADM | | None | J | T | Buy | 08/30/16 | J | | |
| 534. MS Brokerage Asset Acct. | | | | | | | | | |
| 535. Alhambra CA Sch Dist 3.0% 08/01/26 | C | Interest | M | T | | | | | |
| 536. Amazon Inc. | | None | J | T | | | | | |
| 537. Banning CA Sch Dist 4.75% 08/01/23 | B | Interest | K | T | | | | | |
| 538. Banning CA Sch Dist 4.0% 08/01/32 | D | Dividend | M | T | Buy | 07/19/16 | M | | |
| 539. Belmont CA Fing Auth 4.0% 09/01/26 | C | Interest | M | T | | | | | |
| 540. Brocade Com Systems | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 541. Buttonwillow CA Sch Dist 5.5% 11/01/27 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 57

Name of Person Reporting

Wardlaw, Kim M.

Date of Report

01/11/2018

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 542.  CA St Dept Wtr 5.00% 05/01/21 | C | Interest | L | T | | | | | |
| 543.  CA ed FACS 4.250% 10/01/18 | A | Interest | | | Redeemed | 04/01/16 | L | | |
| 544.  CA ST GO 4.75% 09/01/28 | B | Interest | | | Redeemed | 10/13/16 | L | | |
| 545.  CA ST GO 3.00% 03/01/29 | C | Interest | L | T | | | | | |
| 546.  CA ST Pub Works 5.25% 12/01/26 | D | Interest | M | T | | | | | |
| 547.  CA ST Pub Works 5.25% 06/01/20 | C | Interest | L | T | | | | | |
| 548.  CA ST Pub Works 4.200% 05/01/19 | C | Interest | M | T | | | | | |
| 549.  CA ST Pub Works 5.000% 9/1/29 | D | Interest | M | T | | | | | |
| 550.  CA ST Pub Works 3.00% 12/01/28 | C | Dividend | M | T | Buy | 01/13/16 | M | | |
| 551.  CA ST Pub Works 3.375% 12/01/32 | C | Dividend | L | T | Buy | 03/29/16 | L | | |
| 552.  Carmichael CA WTR Dist 5.0% 11/01/25 | B | Interest | L | T | | | | | |
| 553.  Chino Hills CA Tax Rev 4.25% 09/01/24 | B | Interest | L | T | | | | | |
| 554.  Chula Vista CA Sch Dist 4.0% 08/01/26 | C | Interest | M | T | | | | | |
| 555.  Colton CA Sch Dist 3.25% 08/01/26 | C | Interest | M | T | | | | | |
| 556.  Compton CA WTR Rev 5.625% 08/01/27 | D | Interest | M | T | | | | | |
| 557.  Contra Costa CA Community Coll. 4.0% 08/01/28 | C | Interest | L | T | | | | | |
| 558.  Cupertino CA CTFS 3.0% 07/01/26 | C | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 57

Name of Person Reporting

Wardlaw, Kim M.

Date of Report

01/11/2018

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 559. Delano CA Sch Dist 4.000% 02/01/25 | C | Interest | M | T | | | | | |
| 560. Dublin CA Sch Dist 5.0% 08/01/25 | B | Interest | L | T | | | | | |
| 561. East Side Sch Dist 5.0% 08/01/24 | C | Interest | L | T | | | | | |
| 562. El Monte CA Sch Dist 5.000% 06/01/22 | C | Interest | M | T | | | | | |
| 563. Fairfield CA Sch. Dist. 4.000% 08/07/27 | C | Interest | L | T | | | | | |
| 564. Fairfield CA Sch Dist. 3.0% 08/01/28 | C | Interest | M | T | | | | | |
| 565. Fontana CA Pub Fing 4.000% 09/01/18 | D | Interest | M | T | | | | | |
| 566. Fremont CA Sch Dist 5.0% 08/01/25 | C | Interest | L | T | | | | | |
| 567. Glendora CA Sch Dist 4.000% 08/01/28 | C | Interest | M | T | | | | | |
| 568. Gilead Sci Inc. | D | Dividend | M | T | | | | | |
| 569. Hemet CA SCh Dist 4.0% 08/01/23 | C | Interest | M | T | | | | | |
| 570. Huntington Beach CA Pub Fing 5.0% 09/01/25 | C | Interest | M | T | | | | | |
| 571. Imperial CNTY CA Trans. 3.25% 06/01/23 | B | Interest | L | T | | | | | |
| 572. Incyte Corp | | None | M | T | | | | | |
| 573. Jefferson CA Sch Dist. 5.000% 08/01/26 | C | Interest | M | T | | | | | |
| 574. Jefferson CA Sch Dist. 5.0% 07/15/26 | C | Interest | M | T | | | | | |
| 575. Lake Arrowhead CA Dist Wtr 4.500% 10/01/26 | C | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Wardlaw, Kim M.

01/11/2018

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 576. Liberty CA High Sch 4.250% 08/01/26 | B | Interest | L | T | | | | | |
| 577. Lodi CA Elec Sys 4.5% 07/01/25 | C | Interest | L | T | | | | | |
| 578. Los Angeles CA Comm College 5.0% 08/01/26 | B | Interest | K | T | | | | | |
| 579. Los Angeles CA DWP 5.0% 07/01/26 | D | Interest | M | T | | | | | |
| 580. Los Angeles CA Sch Dist 4.75% 07/01/25 | B | Interest | | | Redeemed | 07/01/16 | M | | |
| 581. Los Angeles CA Sch Dist 4.50% 07/01/22 | B | Interest | L | T | | | | | |
| 582. Los Angeles CA Sch Dist 2.00% 07/01/29 | B | Interest | L | T | Buy | 10/26/16 | L | | |
| 583. Malibu CA CTFS 4.5% 07/01/27 | C | Interest | M | T | | | | | |
| 584. Newman Crowns Landing Sch Dist 4.00% 08/01/31 | C | Interest | M | T | Buy | 08/24/16 | M | | |
| 585. Oxnard CA Fing Auth 4.750% 06/01/24 | D | Interest | M | T | | | | | |
| 586. Palmdale CA Redev Agy 3.800% 09/01/16 | C | Interest | | | Redeemed | 07/15/16 | M | | |
| 587. Palm Desert CTFS 5.00% 04/01/22 | B | Interest | L | T | | | | | |
| 588. Palm Springs Sch Dist. 3.0% 08/01/27 | C | Interest | M | T | | | | | |
| 589. Pasadena CA CTFS 5.0% 02/01/24 | C | Interest | M | T | | | | | |
| 590. Pasadena CA Elec Rev 4.0% 08/01/24 | B | Interest | L | T | | | | | |
| 591. Perris CA Sch Dist 5.000% 09/01/28 | B | Interest | K | T | | | | | |
| 592. Placentia-Yorba Linda CA Sch Dist 2.75% 08/01/26 | C | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 593. Placentia-Yorba Linda CA Sch Dist 5.00% 10/01/31 | D | Interest | M | T | Buy | 02/01/16 | M | | |
| 594. Port Oakland CA Rev Ref 5.00% 11/01/21 | B | Interest | L | T | | | | | |
| 595. Redding CA Elec Sys 5.0% 06/01/27 | B | Interest | K | T | | | | | |
| 596. Redlands CA Sch Dist 5.000% 07/01/25 | D | Interest | M | T | | | | | |
| 597. Redondo Beach CA Sch Dist 4.0% 08/01/25 | C | Interest | M | T | | | | | |
| 598. Riverside CA Sewer Sys 5.000% 08/01/28 | D | Interest | M | T | | | | | |
| 599. Rosemead CA Sch Dist. 4.00% 08/01/31 | C | Interest | M | T | Buy | 07/10/16 | M | | |
| 600. Rowland CA Sch Dist 3.000% 08/01/29 | C | Interest | M | T | | | | | |
| 601. Ruckus Wireless Inc. | | None | | | Sold | 05/24/16 | J | A | |
| 602. Sacramento CA CTFS 5.000% 12/01/21 | B | Interest | | | Redeemed | 12/01/16 | K | | |
| 603. San Bernardino CA Comm College 5.000% 08/01/28 | D | Interest | M | T | | | | | |
| 604. San Diego CA Conv. Cnt 5.0% 04/15/26 | D | Interest | M | T | | | | | |
| 605. San Diego PFFA 5.0% 10/15/25 | D | Interest | N | T | | | | | |
| 606. San Diego CA Sch Dist 5.5% 07/01/24 | D | Interest | M | T | | | | | |
| 607. San Diego CNTY CA Regl Trans 5.0% 04/01/29 | D | Interest | M | T | | | | | |
| 608. San Francisco Comm College 5.000% 06/15/27 | D | Interest | M | T | | | | | |
| 609. San Francisco CA Pub Util 5.0% 11/01/25 | C | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 610. San Francisco CA Pub Util 5.0% 11/01/26 | C | Interest | L | T | | | | | |
| 611. San Francisco CA Sch Dist 3.00% 06/15/29 | C | Interest | M | T | Buy | 01/13/16 | M | | |
| 612. San Gabriel CA Sch Dist 5.25% 08/01/24 | D | Interest | M | T | | | | | |
| 613. San Juan CA Sch Dist 5.0% 08/01/25 | C | Interest | L | T | | | | | |
| 614. San Leandro CA Sch Dist 4.5% 08/01/26 | C | Interest | L | T | | | | | |
| 615. Santa Clara CA Sch Dist 3.000% 07/01/28 | D | Interest | M | T | | | | | |
| 616. Santa Cruz Co CTFS 3.875% 08/01/16 | C | Interest | | | Redeemed | 08/01/16 | M | | |
| 617. Santa Cruz Co CTFS 4.200% 08/01/19 | B | Interest | | | Redeemed | 08/01/16 | L | | |
| 618. Santa Rosa CA Wtr Rev 5.0% 09/01/26 | D | Interest | M | T | | | | | |
| 619. Seattle Genetics | | None | M | T | | | | | |
| 620. Sonoma CA Comm Dev 5.00% 06/01/29 | C | Interest | M | T | | | | | |
| 621. So Cal Logistics 4.125% 12/01/20 | C | Interest | L | T | | | | | |
| 622. Stockton CA SCh Dist 5.000% 08/01/27 | C | Interest | M | T | | | | | |
| 623. Southern Airport 4.125% 12/01/20 | | None | | | Buy | 02/21/16 | K | | |
| 624. | | | | | Sold | 11/03/16 | K | A | |
| 625. Ventura CA Comm. College 3.125% 08/01/31 | C | Interest | M | T | Buy | 02/01/16 | M | | |
| 626. VBIV Vaccines (formerly SCIVAC Theropeutics) | | None | K | T | Buy | 04/07/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Wardlaw, Kim M.                    01/11/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 627. Yuba CA Comm. College 3.00% 08/01/31 | D | Interest | M | T | Buy | 06/24/16 | M | | |
| 628. Western Riverside WTR 4.250% 09/01/21 | B | Interest | | | Redeemed | 09/01/16 | L | | |
| 629. Yountville CA Fin Auth 4.375% 10/01/24 | B | Interest | L | T | | | | | |
| 630. Yosemite CA Comm. College 5.0% 08/01/25 | C | Interest | M | T | | | | | |
| 631. Yosemite CA Comm College 5.000% 08/01/29 | C | Interest | L | T | | | | | |
| 632. MS Bank Deposit | A | Interest | J | T | | | | | |
| 633. FS Equity Partners IV | | | | | | | | | |
| 634. Sur La Table | | None | M | U | | | | | |
| 635. Ross-Simmons | | None | | | Sold | 07/20/16 | K | | |
| 636. FS Equity Partners V | | | | | | | | | |
| 637. H.H. Gregg Inc common stock | | None | N | T | | | | | |
| 638. Smile Brands Inc common stock | | None | | | Sold | 08/17/16 | J | | |
| 639. PETCO Animal Supply common stock | | None | | | Sold | 01/26/16 | P1 | H1 | |
| 640. El Pollo Loco Inc common stock | | None | N | T | | | | | |
| 641. FS Equity Partners VI | | | | | | | | | |
| 642. Floor and Decor common stock | G | Dividend | O | U | | | | | |
| 643. Boot Barn common stock | G | None | P1 | T | Buy | 03/11/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 644. First Watch common stock | None | | N | U | | | | | |
| 645. MicroStar common stock | None | | O | U | | | | | |
| 646. Arhaus common stock | None | | O | U | | | | | |
| 647. totes Isotoner Holdings Corp. common stock | None | | O | U | | | | | |
| 648. FS Equity Partners VII | | | | | | | | | |
| 649. totes Isotoner Holdings Corp. common stock | None | | M | U | | | | | |
| 650. Plantation Products, LLC | None | | O | U | | | | | |
| 651. Regent Holding Company | None | | N | U | | | | | |
| 652. Osprey Packs, Inc. | None | | N | U | Buy | 04/11/16 | N | | |
| 653. ISN Holding Corp | None | | O | U | Buy | 06/16/16 | O | | |
| 654. City Barbeque, Inc. | None | | M | U | Buy | 06/20/16 | M | | |
| 655. BPB Holdings Corp | None | | O | U | Buy | 06/30/16 | O | | |
| 656. Riordan Venture Association | | | | | | | | | |
| 657. TW Holdings common stock | None | | J | U | | | | | |
| 658. Avella, Inc. preferred stock | None | | J | U | | | | | |
| 659. Mondo (formerly Bluewolf Group LLC) | None | | K | U | | | | | |
| 660. Siteworx | None | | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Wardlaw, Kim M.

01/11/2018

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 661. Chartis Group | | None | J | U | | | | | |
| 662. RGM Group | | None | J | U | | | | | |
| 663. Patient Care America (formerly DCRX Infusion) | | None | J | U | | | | | |
| 664. Clarity Solution Group | | None | L | U | | | | | |
| 665. Inspirage LLC | | None | K | U | | | | | |
| 666. Vtegration | | None | J | T | Buy | 09/16/16 | J | | |
| 667. Bistro 45 common stock | A | Dividend | J | U | | | | | |
| 668. MS Retire Accts (401k-profit) | | | | | | | | | |
| 669. Invesco Pacific Growth Fund | | None | M | T | | | | | |
| 670. MSDW Liquid Asset Account Trust Fund | A | Dividend | K | T | | | | | |
| 671. HP Inc (formerly Hewlett Packard) common stock | A | Dividend | J | T | | | | | |
| 672. Proctor & Gamble common stock | C | Dividend | M | T | | | | | |
| 673. Altria Group common stock | B | Dividend | K | T | | | | | |
| 674. Cisco Sys common stock | B | Dividend | L | T | | | | | |
| 675. Kraft Foods Inc common stock | A | Dividend | J | T | | | | | |
| 676. Mondelez Int'l common stock | A | Dividend | K | T | | | | | |
| 677. Philip Morris | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

Wardlaw, Kim M.

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 678. Gilead Science | C | Dividend | M | T | Buy | 02/18/16 | L | | |
| 679. Hewlett Packard Enterprise | A | Dividend | J | T | | | | | |
| 680. Invesco Div. Growth Fund | C | Dividend | N | T | | | | | |
| 681. American Funds New World Fund | C | Dividend | O | T | | | | | |
| 682. Trust #3 (M/S UTM-K) | | | | | | | | | |
| 683. Apple Inc | A | Dividend | J | T | Buy | 02/10/16 | J | | |
| 684. General Elec Comm Stock | A | Dividend | J | T | | | | | |
| 685. Amreican Funds New World Fund | A | Dividend | K | T | | | | | |
| 686. Trust #4 (IR-W) | | | | | | | | | |
| 687. AMERICAN FUNDS GROWTH FUND OF AMERICA | C | Dividend | O | T | Sold (part) | 06/15/16 | J | A | |
| 688. | | | | | Sold (part) | 07/28/16 | J | A | |
| 689. | | | | | Sold (part) | 10/11/16 | J | A | |
| 690. | | | | | Sold (part) | 10/27/16 | J | A | |
| 691. AMERICAN FUNDS NEW PERSPECTIVE FUND | C | Dividend | N | T | Sold (part) | 07/28/16 | J | A | |
| 692. | | | | | Sold (part) | 10/11/16 | J | A | |
| 693. AMERICAN FUNDS NEW WORLD FUND | C | Dividend | N | T | | | | | |
| 694. AMERICAN FUNDS SMALLCAP WORLD FUND | A | Dividend | M | T | Sold (part) | 07/28/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 695. | | | | | Sold (part) | 10/11/16 | J | A | |
| 696. CAPITAL GROUP CA CORE MUNICIPAL FUND | D | Dividend | N | T | Sold (part) | 01/28/16 | J | A | |
| 697. CAPITAL GROUP CORE MUNICIPAL FUND | C | Dividend | M | T | | | | | |
| 698. CAPITAL GROUP ALTERNATIVE STRATEGIES FUND, LP | | None | O | T | | | | | |
| 699. HARBOURVEST 2015 GLOBAL FUND L.P. | | None | L | T | Buy | 03/24/16 | J | | |
| 700. | | | | | Buy | 06/23/16 | J | | |
| 701. | | | | | Buy | 08/11/16 | K | | |
| 702. | | | | | Buy | 10/20/16 | J | | |
| 703. | | | | | Buy | 12/22/16 | J | | |
| 704. STATE STREET INSTITUTIONAL US GOVERNNMENT MONEY MARKET | | None | J | T | Buy | 08/30/16 | J | | |
| 705. AMERICAN FUNDS CAPITAL INCOME BUILDER | C | Dividend | M | T | Sold (part) | 07/28/16 | J | A | |
| 706. | | | | | Sold (part) | 10/11/16 | J | A | |
| 707. AMERICAN FUNDS CAPITAL WORLD GROWTH & INCOME FD | D | Dividend | N | T | Sold (part) | 07/28/16 | J | A | |
| 708. AMERICAN FUNDS EUROPACIFIC GROWTH FUND | B | Dividend | L | T | | | | | |
| 709. AMERICAN FUNDS FUNDAMENTAL INVESTORS | D | Dividend | O | T | Sold (part) | 03/18/16 | J | A | |
| 710. | | | | | Sold (part) | 04/28/16 | J | A | |
| 711. | | | | | Sold (part) | 06/15/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT     Name of Person Reporting     Date of Report

Wardlaw, Kim M.

01/11/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 712. | | | | | Sold (part) | 07/28/16 | J | A | |
| 713. | | | | | Sold (part) | 10/11/16 | J | A | |
| 714. | | | | | Sold (part) | 12/19/16 | J | A | |
| 715.  Trust #5 (IR-K) | | | | | | | | | |
| 716.  STATE STREET INSTITUTIONAL US GOVERNMENT MONEY MARKET | | None | J | T | Buy | 08/30/16 | J | | |
| 717.  AMERICAN FUNDS CAPITAL INCOME BUILDER | C | Dividend | M | T | Sold (part) | 07/28/16 | J | A | |
| 718. | | | | | Sold (part) | 12/20/16 | J | A | |
| 719.  AMERICAN FUNDS CAPITAL WORLD GROWTH & INCOME FD | D | Dividend | N | T | Sold (part) | 07/28/16 | J | A | |
| 720.  AMERICAN FUNDS EUROPACIFIC GROWTH FUND | B | Dividend | L | T | | | | | |
| 721.  AMERICAN FUNDS FUNDAMENTAL INVESTORS | D | Dividend | O | T | Sold (part) | 03/18/16 | J | A | |
| 722. | | | | | Sold (part) | 04/28/16 | J | A | |
| 723. | | | | | Sold (part) | 06/14/16 | J | A | |
| 724. | | | | | Sold (part) | 07/28/16 | J | A | |
| 725. | | | | | Sold (part) | 12/20/16 | J | A | |
| 726.  AMERICAN FUNDS GROWTH FUND OF AMERICA | C | Dividend | O | T | Sold (part) | 07/28/16 | J | A | |
| 727. | | | | | Sold (part) | 10/12/16 | J | A | |
| 728. | | | | | Sold (part) | 10/27/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 729. | | | | | Sold (part) | 12/20/16 | J | A | |
| 730. AMERICAN FUNDS NEW PERSPECTIVE FUND | C | Dividend | N | T | Sold (part) | 07/28/16 | J | A | |
| 731. | | | | | Sold (part) | 12/20/16 | J | A | |
| 732. AMERICAN FUNDS NEW WORLD FUND | C | Dividend | N | T | | | | | |
| 733. AMERICAN FUNDS SMALLCAP WORLD FUND | A | Dividend | M | T | Sold (part) | 07/28/16 | J | A | |
| 734. | | | | | Sold (part) | 12/20/16 | J | A | |
| 735. CAPITAL GROUP CA CORE MUNICIPAL FUND | D | Dividend | N | T | Sold (part) | 01/28/16 | J | A | |
| 736. CAPITAL GROUP CORE MUNICIPAL FUND | C | Dividend | M | T | | | | | |
| 737. CAPITAL CROUP ALTERNATIVE STRATEGIES FUND, LP | | None | O | T | | | | | |
| 738. HARBOURVEST 2015 GLOBAL FUND L.P. | | None | L | T | Buy | 03/24/16 | J | | |
| 739. | | | | | Buy | 06/23/16 | J | | |
| 740. | | | | | Buy | 08/11/16 | K | | |
| 741. | | | | | Buy | 10/20/16 | J | | |
| 742. | | | | | Buy | 12/22/16 | J | | |
| 743. Trust #6 (98-W) | | | | | | | | | |
| 744. Invesco Dividend Growth | A | Dividend | K | T | | | | | |
| 745. American Funds New World Fund | C | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 746. Incyte Corp | | None | K | T | | | | | |
| 747. Seattle Genetics Inc | | None | K | T | | | | | |
| 748. MSDW Active Money Trust | A | Dividend | J | T | | | | | |
| 749. HH Gregg Inc common stock | | None | J | T | | | | | |
| 750. Smile Brands common stock | | None | | | Sold | 08/17/16 | J | | |
| 751. PETCO Animal Supply common stock | | None | | | Sold | 01/26/16 | J | D | |
| 752. El Pollo Loco common stock | | None | J | T | | | | | |
| 753. AMERICAN FUNDS CAPITAL INCOME BUILDER | D | Dividend | N | T | Buy | 02/02/16 | | | |
| 754. | | | | | Sold (part) | 03/18/16 | | | |
| 755. | | | | | Sold (part) | 07/28/16 | | | |
| 756. STATE STREET INSTITUTIONAL MONEY MARKET FUND | | None | J | T | Buy | 08/30/16 | | | |
| 757. HARBOURVEST 2015 GLOBAL FUND L.P. | | None | L | T | Buy | 03/24/16 | J | | |
| 758. | | | | | Buy | 06/23/16 | J | | |
| 759. | | | | | Buy | 08/11/16 | K | | |
| 760. | | | | | Buy | 10/20/16 | J | | |
| 761. | | | | | Buy | 12/22/16 | J | | |
| 762. CAPITAL GROUP ALTERNATIVE STRATEGIES FUND | | None | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**    Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 763. AMERICAN FUNDS NEW WORLD FUND | D | Dividend | N | T | Buy | 02/02/16 | L | | |
| 764. | | | | | Sold (part) | 03/18/16 | J | | |
| 765. | | | | | Sold (part) | 07/28/16 | J | | |
| 766. AMERICAN FUNDS FUNDAMENTAL INVESTORS | D | Dividend | O | T | Sold (part) | 01/28/16 | J | A | |
| 767. | | | | | Buy | 02/02/16 | L | | |
| 768. | | | | | Sold (part) | 04/28/16 | J | A | |
| 769. | | | | | Sold (part) | 06/13/16 | J | A | |
| 770. | | | | | Sold (part) | 07/28/16 | J | A | |
| 771. | | | | | Sold (part) | 10/27/16 | J | A | |
| 772. | | | | | Sold (part) | 12/20/16 | J | A | |
| 773. AMERICAN FUNDS NEW PERSPECTIVE FUND | C | Dividend | N | T | Buy | 02/02/16 | K | A | |
| 774. | | | | | Buy | 04/13/16 | J | | |
| 775. | | | | | Sold (part) | 07/28/16 | J | A | |
| 776. AMERICAN FUNDS EUROPACIFIC GROWTH FUND C | C | Dividend | M | T | Buy | 02/02/16 | K | | |
| 777. | | | | | Buy | 04/13/16 | J | | |
| 778. | | | | | Sold (part) | 07/28/16 | J | A | |
| 779. CAPITAL GROUP CA CORE MUNICIPAL FUND | D | Dividend | N | T | Buy | 04/13/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 780. AMERICAN FUNDS GROWTH FUND OF AMERICA | C | Dividend | O | T | Buy | 02/02/16 | K | | |
| 781. | | | | | Sold (part) | 03/18/16 | J | A | |
| 782. | | | | | Sold (part) | 07/28/16 | J | | |
| 783. | | | | | Sold (part) | 12/20/16 | J | A | |
| 784. CAPITAL GROUP CORE MUNICIPAL FUND | C | Dividend | M | T | Buy | 02/02/16 | J | | |
| 785. | | | | | Buy | 04/13/16 | J | | |
| 786. AMERICAN FUNDS SMALLCAP WORLD FUND | A | Dividend | L | T | Buy | 02/02/16 | J | | |
| 787. | | | | | Sold (part) | 03/18/16 | J | A | |
| 788. | | | | | Sold (part) | 07/28/16 | J | A | |
| 789. | | | | | Sold (part) | 12/20/16 | J | A | |
| 790. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA | D | Dividend | N | T | Buy | 02/02/16 | K | | |
| 791. | | | | | Sold (part) | 02/20/16 | J | A | |
| 792. | | | | | Sold (part) | 03/18/16 | J | A | |
| 793. | | | | | Sold (part) | 07/28/16 | J | A | |
| 794. Trust #7 (98-K) | | | | | | | | | |
| 795. Invesco Dividend Growth | A | Dividend | K | T | | | | | |
| 796. American Funds New World Fund | C | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 797. Incyte Corp | | None | K | T | | | | | |
| 798. Seattle Genetics | | None | K | T | | | | | |
| 799. MSDW Active Money Trust | A | Dividend | J | T | | | | | |
| 800. HH Gregg Inc common stock | | None | J | T | | | | | |
| 801. Smile Brands common stock | | None | | | Sold | 08/17/16 | J | | |
| 802. PETCO Animal Supply common stock | | None | | | Sold | 01/26/16 | J | D | |
| 803. El Pollo Loco common stock | | None | J | T | | | | | |
| 804. HARBOURVEST 2015 GLOBAL FUND L.P. | | None | L | T | Buy | 03/24/16 | J | | |
| 805. | | | | | Buy | 06/23/16 | J | | |
| 806. | | | | | Buy | 08/11/16 | K | | |
| 807. | | | | | Buy | 10/20/16 | J | | |
| 808. | | | | | Buy | 12/22/16 | J | | |
| 809. AMERICAN FUNDS CAPITAL INCOME BUILDER | D | Dividend | N | T | Buy | 02/02/16 | K | | |
| 810. | | | | | Sold (part) | 03/18/16 | J | A | |
| 811. | | | | | Sold (part) | 07/28/16 | J | A | |
| 812. AMERICAN FUNDS EUROPACIFIC GROWTH FUND | C | Dividend | M | T | Buy | 02/02/16 | K | | |
| 813. | | | | | Buy | 04/13/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 814. | | | | | Sold (part) | 07/28/16 | J | A | |
| 815. AMERICAN FUNDS NEW WORLD FUND | D | Dividend | N | T | Buy | 02/02/16 | L | | |
| 816. | | | | | Sold (part) | 03/18/16 | J | A | |
| 817. | | | | | Sold (part) | 07/28/16 | J | A | |
| 818. AMERICAN FUNDS NEW PERSPECTIVE FUND | C | Dividend | N | T | Buy | 02/02/16 | J | A | |
| 819. | | | | | Buy | 04/13/16 | K | | |
| 820. | | | | | Sold (part) | 07/28/16 | J | A | |
| 821. AMERICAN FUNDS FUNDAMENTAL INVESTORS | D | Dividend | O | T | Sold (part) | 01/28/16 | J | A | |
| 822. | | | | | Buy | 02/02/16 | L | | |
| 823. | | | | | Sold (part) | 04/28/16 | J | A | |
| 824. | | | | | Sold (part) | 06/14/16 | J | A | |
| 825. | | | | | Sold (part) | 07/28/16 | J | A | |
| 826. | | | | | Sold (part) | 10/27/16 | J | A | |
| 827. | | | | | Sold (part) | 12/20/16 | J | A | |
| 828. AMERICAN FUNDS GROWTH FUND OF AMERICA | C | Dividend | O | T | Buy | 02/02/16 | K | | |
| 829. | | | | | Sold (part) | 03/18/16 | J | A | |
| 830. | | | | | Sold (part) | 07/28/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

| | Name of Person Reporting | Date of Report |
|---|---|---|

Wardlaw, Kim M.

01/11/2018

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 831. | | | | | Sold (part) | 12/20/16 | J | A | |
| 832. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA | D | Dividend | N | T | Buy | 02/02/16 | K | | |
| 833. | | | | | Sold (part) | 03/18/16 | J | A | |
| 834. | | | | | Sold (part) | 07/28/16 | J | A | |
| 835. | | | | | Sold (part) | 12/20/16 | J | A | |
| 836. CAPITAL GROUP CA CORE MUNICIPAL FUND | D | Dividend | N | T | Buy | 04/13/16 | J | | |
| 837. CAPITAL GROUP CORE MUNICIPAL FUND | C | Dividend | M | T | Buy | 02/02/16 | J | | |
| 838. | | | | | Buy | 04/13/16 | J | | |
| 839. AMERICAN FUNDS SMALLCAP WORLD FUND | A | Dividend | L | T | Buy | 02/02/16 | J | | |
| 840. | | | | | Sold (part) | 03/18/16 | J | A | |
| 841. | | | | | Sold (part) | 07/28/16 | J | A | |
| 842. | | | | | Sold (part) | 12/20/16 | J | A | |
| 843. STATE STREET INSTITUTIONAL US GOVERNMENT MONEY MARKET | | None | J | T | Buy | 08/30/16 | J | | |
| 844. CAPITAL GROUP ALTERNATIVE STRATEGIES FUND, LP | | None | O | T | | | | | |
| 845. Real Estate Partnership - Lau | H1 | Distribution | M | U | | | | | |
| 846. Real Estate Partnership - Law W | | None | M | U | Sold (part) | 03/17/16 | M | G | |
| 847. | | | | | Buy | 09/06/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

Wardlaw, Kim M.

01/11/2018

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 848. Real Estate Partnership Silverlake | | None | K | V | Buy | 07/18/16 | | | |
| 849. Citibank Money Market Fund | C | Interest | M | T | | | | | |
| 850. Citibank Checking | A | Interest | L | T | | | | | |
| 851. Citibank Checking | A | Interest | L | T | | | | | |
| 852. Fargo Investment Partnership | | None | M | U | | | | | |
| 853. JRK Multifamily LP | E | Distribution | O | U | Buy | 07/18/16 | K | | |
| 854. Urban Housing Investment Fund | | None | K | U | | | | | |
| 855. JP Morgan Account | | | | | | | | | |
| 856. Maverick Fund | | None | | | Redeemed | 05/05/16 | J | | |
| 857. Blackstone Real Estate Fund | A | Interest | | | Redeemed | 04/05/16 | L | B | |
| 858. Shannon River Partners | | None | | | Redeemed | 04/27/16 | K | A | |
| 859. Citi Acct | | | | | | | | | |
| 860. Alvord CA 5R Dist 5.0% 08/01/27 | D | Interest | N | T | | | | | |
| 861. Cal Heatlh FACS 5.00% 11/15/27 | C | Interest | M | T | Buy | 06/14/16 | M | | |
| 862. Cal ST GO 4.5% 08/01/26 | E | Interest | N | T | | | | | |
| 863. Cat ST Pub Works 4.0% 06/01/27 | D | Interest | N | T | | | | | |
| 864. Fresno CA Sch Dist 5.25% 08/01/27 | | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 55 of 57 | Wardlaw, Kim M. | 01/11/2018 |

Wardlaw, Kim M.

01/11/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 865.  Fresno CA Sch Dist 3.5% 08/01/26 | C | Interest | M | T | | | | | |
| 866.  Gilroy CA Fing Auth 4.0% 11/01/24 | D | Interest | M | T | | | | | |
| 867.  Hollister CA Find Auth 5.0% 06/01/25 | B | Interest | | | Redeemed | 06/01/16 | L | | |
| 868.  Kern Cnty CA Wtr Dist. 5.0% 05/01/28 | D | Interest | M | T | | | | | |
| 869.  Oceanside CA Sch Dist 4.5% 08/01/28 | D | Interest | M | T | | | | | |
| 870.  Redwood City CA Sch Dist 3.0% 08/01/26 | C | Interest | M | T | | | | | |
| 871.  San Luis Obispo CA CAP IMPR 4.0% 12/01/27 | D | Interest | M | T | | | | | |
| 872.  Santa Clara CA Sch Dist 3.5% 07/01/24 | D | Interest | M | T | | | | | |
| 873.  Stockton CA Sch Dist 5.0% 08/01/24 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 01/11/2018 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kim M. Wardlaw**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544